**COOLSAVINGS.COM, INC.,**
**Plaintiff–Appellee,**

v.

**BRIGHTSTREET.COM, INC.,**
**Defendant–Appellant.**

No. 02–1568.

United States Court of Appeals,
Federal Circuit.

DECIDED: May 15, 2003.

Before MICHEL, LOURIE and GAJARSA, Circuit Judges.

**Judgment**

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.